UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00069 |
| | ) | JUDGE CAMPBELL |
| JONATHAN WASHINGTON | ) | |

<u>ORDER</u>

For the reasons stated on the record on February 15, 2013, the hearing on the Petition for Revocation of Supervised Release (Docket No. 6) is CONTINUED to February 22, 2013, at 10:30 a.m.

   IT IS SO ORDERED.

 

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE