IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00069 |
| | ) | JUDGE CAMPBELL |
| JONATHAN WASHINGTON | ) | |

## ORDER

This matter came before the court on a Petition seeking revocation of the defendant's supervised release. The defendant has been released on certain conditions since August 2, 2012 pending a hearing on the petition. The defendant has obtained and maintained full-time employment during that time. The domestic assault charge that was the basis for the pending Petition has been retired. As a condition of his release, the defendant has attended approximately 14 weeks of a 26-week domestic violence treatment program. The defendant has stated his consent to a modification of the conditions of his supervised release to require that he complete that domestic violence treatment program. Based upon the defendant's consent to the modification of the conditions of his supervised release, the United States is willing to dismiss the Petition. Based upon the defendant's consent, the Court finds that the conditions of the defendant's supervised release should be modified to require that the defendant complete the domestic violence treatment program that he has been attending as a condition of his release. With this modification and with the consent of the United States, the pending Petition seeking revocation of the defendant's supervised release is dismissed.

It is so **ORDERED**.

**ENTERED** this the 22 day of February, 2013.

*Todd Campbell*
TODD J. CAMPBELL
United States District Judge

Approved for Entry:

/s/ Isaiah S. Gant / /s/ Jonathan Washington
Isaiah S. Gant            Jonathan Washington
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

JERRY E. MARTIN
United States Attorney

BY: *Byron Jones*
BYRON M. JONES
Assistant U. S. Attorney
110 Ninth Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

2