PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

Name of Offender: Jonathan Washington          Case Number: 3:11-00069-01

Name of Sentencing Judicial Officer: James M. Moody, U.S. District Judge (Eastern District of Arkansas);

Jurisdiction accepted by Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentences: April 30, 2007

Original Offenses: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

Original Sentences: 57 months' custody followed by 3 years' supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 10, 2011

Assistant U.S. Attorney: Byron Jones          Defense Attorney: Isaiah Gant

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 23rd day of May, 2014, and made a part of the records in the above case.

_____
Honorable Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:   May 22, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall participate in a program of drug testing at the direction of the Probation Officer:**

Mr. Washington failed to report for random urine screens at the U.S. Probation Office, Nashville, Tennessee, on January 28, 2014, February 21, 2014, March 24, 2014, and April 9, 2014.

When questioned by this officer concerning the missed urine screens, Mr. Washington advised that he had been under the impression that this officer had removed him from the code-a-phone program due to his work schedule and that he would be called in for random urine screens. Mr. Washington and this officer had talked about his work schedule in the past concerning missed urine screens, as his work hours are from 7:00 a.m. to 4:30 p.m. daily. Mr. Washington was advised this officer had not removed him from the code-a-phone program. He was verbally reprimanded and reminded that he is to call daily.

### Compliance with Supervision Conditions and Prior Interventions:

Jonathan Washington is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since November 26, 2013. He is employed with Nissan Corporation, Smyrna, Tennessee, and resides alone in Nashville. The probation officer completes frequent surprise home visits at the offender's residence.

Since his supervision began, Mr. Washington has submitted 47 urine screens, all of which have been negative for illicit substances except one which Mr. Washington admitted to using cocaine on January 19, 2012.

Mr. Washington's supervised release is due to expire on June 9, 2014.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Washington continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer